Robert C. Niesley, Esq. (Bar No. 131373)
rniesley@wthf.com
Kaysie Garcia, Esq. (Bar No. 271329)
kgarcia@wthf.com
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
2040 Main Street, Suite 300
Irvine, California 92614
Telephone:  949-852-6700
Facsimile:    949-261-0771

Attorneys for Plaintiff
Hudson Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUDSON INSURANCE COMPANY, | Case No.  2:12-CV-10939-BRO-VBK |
| Plaintiff, | Honorable Beverly Reid O'Connell |
| v. | **JUDGMENT** |
| AMERICA WEST LANDSCAPE, INC., a California corporation; DUANE GROEN, an individual; ROY ANTHONY, AKA ROY BRIBIESCA, an individual; MARGUERITE GROEN, AKA MARGUERITE NEWHOUSE, an individual; MICHELLE ANTHONY, AKA MICHELLE NEWHOUSE, an individual, | Complaint Filed:  December 26, 2013 |
| Defendants. | |

The Application of Plaintiff Hudson Insurance Company ("Hudson"), pursuant to Federal Rule of Civil Procedure 55 for a default judgment against Defendants America West Landscape, Inc., Duane Groen, Roy Anthony, aka Roy Bribiesca, and Marguerite Groen, aka Marguerite Newhouse (collectively, "Defendants") ("Application") came regularly before this Court on September 9, 2013 at 1:30 p.m.

///

///

After considering all the papers submitted in connection with the Application, and all other matters presented to the Court, the Court has determined that Hudson's Application for Default Judgment is **GRANTED**.

Judgment is therefore entered as follows:

1. Judgment in the total amount of $94,683.95 (including $89,502.96 in damages, plus attorneys' fees and costs in the amount of $5,180.19) is entered against America West Landscape, Inc., Duane Groen, Roy Anthony aka Roy Bribiesca, and Marguerite Groen aka Marguerite Newhouse, jointly and severally, in favor of Hudson Insurance Company;

3. Post-judgment interest, from the date of the entry of this Judgment shall accrue on this Judgment at the applicable federal rate pursuant to 28 U.S.C. §1961.

**IT IS SO ORDERED.**

Dated: September 11, 2013



_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE